GREENBERG TRAURIG, LLP
Mark D. Kemple (SBN 145219)
*KempleM@gtlaw.com*
Adil M. Khan (SBN 254039)
*KhanAd@gtlaw.com*
Rachel G. Paul (SBN 300850)
*PaulRa@gtlaw.com*
1840 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310-586-7700;  Fax: 310-586-7800

Attorneys for Defendant
GATE GOURMET, INC.

MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
WILLIAM J. GORHAM III
CA State Bar No. 151773
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947

Attorneys for Plaintiff ANDREW ACHAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW ACHAL,<br><br>        Plaintiff,<br><br>vs.<br><br>GATE GOURMET, INC., and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. 3:15-cv-01570-JCS<br><br>**JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:       Joseph C. Spero<br>Courtroom:  G – 15th Floor<br><br>Filed:        March 9, 2015 (State Court)<br>Removed:   April 6, 2015<br>Trial Date:  September 19, 2016 |

Plaintiff Andrew Achal ("Plaintiff") and Defendant Gate Gourmet, Inc. ("Defendant" and collectively, the "Parties"), having met and conferred, hereby stipulate as follows:

**WHEREAS**:

1. On July 14, 2015, the Court issued an order granting in part and denying in part Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (the "FAC"), including Plaintiff's requests for punitive damages, and injunctive and declaratory relief (Dkt. No. 28);

2. In doing so, the Court granted Plaintiff leave to amend certain portions of the FAC on or before August 4, 2015, but Plaintiff opted not to amend the First Amended Complaint;

3. Since the Court issued its order, the Parties have continued to exchange discovery and participate in the Court's Alternative Dispute Resolution Program;

4. Defendant has requested additional time to file an Answer to the First Amended Complaint.

**NOW, THEREFORE**, the Parties hereby STIPULATE and AGREE that Defendant's deadline to file an Answer to the First Amended Complaint shall be extended to September 4, 2015.

**IT IS SO STIPULATED.**

DATED:  August 20, 2015              GREENBERG TRAURIG, LLP


                                     By:  /s/ Adil M. Khan


DATED:  August 20, 2015              MAYALL HURLEY


                                     By:  /s/ Vladimir J. Kozina

Dated: 8/24/15


IT IS SO ORDERED
Judge Joseph C. Spero

1

Case No. 3:15-cv-01570-JCS
**Joint Stipulation**

LA 132257621